IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03116-JLK

HEIDI S. CASTOR,

    Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

    Defendant.

## ORDER FOR SENTENCE 4 REMAND IN SOCIAL SECURITY CASE

Kane, J.

Defendant's Unopposed Motion to Remand for Further Proceedings (Doc. 16) is **GRANTED.** Pursuant to sentence four of 42 U.S.C. § 405(g), the Court orders that Defendant will remand the matter to an administrative law judge (ALJ) for further administrative proceedings on Plaintiff's application for disability insurance benefits, including a *de novo* hearing and a new decision. Upon remand, the agency will direct the ALJ to: (1) further evaluate the medical opinions of record, explaining the reasons for the weight given to these opinions; (2) further evaluate Plaintiff's credibility; (3) if necessary, further evaluate Plaintiff's residual functional capacity; and (4) if warranted by the expanded record, obtain supplemental evidence from a vocational expert at step five of the sequential evaluation process.

Further, the Clerk will enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer,* 509 U.S. 292, 296-302 (1993).

DATED this 13th day of March, 2015.

                                                  ***s/John L. Kane***  
                                                  SENIOR U.S. DISTRICT JUDGE