IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03116-AP

HEIDI SHANI CASTOR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the ORDER entered by the Honorable Judge John L. Kane, on March 13, 2015, it is hereby

ORDERED that this civil action is remanded to Defendant Commissioner for Social Security for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of entry of judgment pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 13th day of March, 2015.

                                    FOR THE COURT,
                                    JEFFREY P. COLWELL, Clerk

                                    By: s/Emily Buchanan
                                        Emily Buchanan, Deputy Clerk