IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 1:13-cv-03116-JLK

HEIDI S. CASTOR,

      Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

      Defendant.

## ORDER

Upon consideration of the parties' joint stipulation for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq*., IT IS HEREBY ORDERED:

1.    Defendant will pay Plaintiff a total of $3675.00 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Joseph Whitcomb.

2.    It is further ordered that if, after receiving the Court's EAJA fee order, Defendant (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, Defendant cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

3. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

4. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 8th day of May, 2015.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE